# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                PLAINTIFF

v.                  CASE NO. 4:06CR00406 BSM

CERO SPRUCE WILSON, IV                               DEFENDANT

## JUDGMENT

Defendant Cero Spruce Wilson, IV appeared on July 6, 2012, to show cause why his supervised release should not be revoked. Based upon his admission of the violations as set forth in the May 17, 2012 [Doc. No. 27] motion to revoke supervised release, it was determined that Wilson's supervised release should be revoked. Accordingly, Wilson is sentenced to 30 days in the Bureau of Prisons.

Following his term of imprisonment, Wilson is to report to the Freedom House Alcohol & Drug Treatment Center in Russellville, AR for 30 days of residential treatment followed by 90 days of chemical free living treatment. Wilson will also be placed on a one year term of supervised release following his treatment at the Freedom House Alcohol & Drug Treatment Center. Wilson shall participate in mental health counseling under the guidance and supervision of the United States Probation Office. All other conditions previously imposed are reinstated.

Dated this 6th day of July 2012.

                                                         _____
                                                         UNITED STATES DISTRICT JUDGE